UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ASSOC. CONCERNED OVER                )
RESOURCES AND NATURE, INC.           )
                                     )
v.                                   )        NO. 1:10-00085
                                     )        JUDGE CAMPBELL
CITY OF MT. PLEASANT, TN             )


ORDER


        This case is REFERRED to the Magistrate Judge for customized case management in

accordance with Local Rule 16.01.

        Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed

absent order of the District Judge.

        This case shall be set for trial upon completion of the initial case management conference

by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

        IT IS SO ORDERED.


                                        _____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE