UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-00085 |
| CITY OF MOUNT PLEASANT, TENNESSEE, | ) ) ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

## JOINT MOTION TO RESCHEDULE INITITAL CASE MANAGEMENT CONFERENCE

The Parties, by and through their undersigned counsel, respectfully request that the Court reschedule the Initial Case Management Conference in the above-styled matter, previously scheduled for 10:00 a.m. on November 29th, 2010, to 2:00 p.m. on November 29th, 2010.

In support of this Motion, the parties would show unto the Court that Plaintiff's counsel has another Initial Case Management Conference before Judge Haynes at 10:00 a.m. on November 29th in Columbia.

WHEREFORE, FOR GOOD CAUSE SHOWN, the Parties respectfully request that the Initial Case Management Conference in the above-styled matter be rescheduled for Monday, November 29th, 2010, at 2:00 p.m.

## ORDER
Motion Granted
/S/ Joe B. Brown
**JOE B. BROWN**
Magistrate Judge