# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:10-00085 Judge Campbell |
| CITY OF MOUNT PLEASANT, TENNESSEE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's "Motion for Leave to File Surreply" (Docket No. 24) is hereby GRANTED and Plaintiff's "Proposed Surreply" (Docket No. 24-1) is hereby filed as of record in this case.

It is SO ORDERED.

_____
Todd J. Campbell
United States District Judge