UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MOUNT PLEASANT, TENNESSEE, et al., <br><br> Defendants. <br><br> and <br><br> JAMES C. HAILEY & CO., <br><br> Third-party Defendant. | NO. 1:10-0085 <br> Judge Campbell/Brown |

### O R D E R

This matter has been referred to the undersigned to conduct a settlement conference with the parties (Docket Entry No. 50). A telephone conference is scheduled at **10:00 a.m. on Thursday, August 11, 2011**, to select a date convenient to all parties. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge