UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ASSOCIATION CONCERNED OVER RESOURCES AND NATURE, INC., ) ) ) Plaintiff, ) ) ) v. ) ) CITY OF MOUNT PLEASANT, ) TENNESSEE, ) ) Defendant/Third-Party Plaintiff, ) ) v. ) ) JAMES C. HAILEY & CO., ) ) Third-Party Defendant. ) | Civil Action No. 1:10-cv-00085 Judge Sharp Magistrate Judge Brown |

**AGREED ORDER GRANTING MOTION OF JAMES C. HAILEY & CO. FOR APPROVAL OF TELEPHONIC PARTICIPATION AT SETTLEMENT CONFERENCE**

Before the Court is the Motion of Third-Party Defendant James C. Hailey & Co. to approve the telephonic participation in from the settlement conference of Sarah Coulliard. Because the Motion is unopposed, and for good cause shown, the same is granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the participation of Sarah Coulliard, or any designated representative of Markel Corp., by telephone in the settlement conference of September 13, 2011, is approved.

IT IS SO ORDERED this the 8th day of September, 2011.

                                        *s/ John S. Bryant*
                                                 JUDGE

APPROVED FOR ENTRY:

*/s/ Stephen W. Gibson*
Stephen W. Gibson
Carrie S. O'Rear
NORTON SPANGLER & CRAMER P.C.
Landmark Center
1111 Northshore Drive, NW, Suite P-270
Knoxville, TN 37919
swg@nsclaw.com


*/s/ Anne C. Martin   (with permission)*
Sharon O. Jacobs, BPR #14626
Anne C. Martin, BPR #15536
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37211
(615) 238-6300
sjacobs@bonelaw.com
amartin@bonelaw.com


*/s/ Thomas W. Hardin   (with permission)*
Thomas W. Hardin, BPR #2873
Patrick M. Carter, BPR #20442
HARDIN, PARKES, KELLEY & CARTER, PLLC
102 West Seventh Street
P. O. Box 929
Columbia, TN 38402-0929
(931) 388-4022
thardin@hardinandparkes.com
pcarter@hardinandparkes.com
*Co-Counsel for The City of Mount Pleasant, Tennessee*

*/s/ Gary A. Davis (with permission)*
Gary A. Davis
James S. Whitlock
Gary A. Davis & Associates
P.O. Box 649
61 North Andrews Avenue
Hot Springs, NC 28743
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com
*Counsel for the Plaintiff ACORN*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2011, a true and exact copy of the foregoing was electronically filed with the Court and copies were sent by operation of the Court's ECF filing system, to all counsel of record:

>Gary A. Davis
>James S. Whitlock
>Gary A. Davis & Associates
>P.O. Box 649
>61 North Andrews Avenue
>Hot Springs, NC 28743
>gadavis@enviroattorney.com
>jwhitlock@enviroattorney.com
>
>Alan Stuart Graf, P.C.
>316 Second Road
>Summertown, TN 38483
>alangraf@aracnet.com
>
>Sharon O. Jacobs
>Anne C. Martin
>BONE MCALLESTER NORTON PLLC
>511 Union Street, Suite 1600
>Nashville, TN 37211
>(615) 238-6300
>sjacobs@bonelaw.com
>amartin@bonelaw.com

Thomas W. Hardin
Patrick M. Carter
HARDIN, PARKES, KELLEY & CARTER, PLLC
102 West Seventh Street
P. O. Box 929
Columbia, TN 38402-0929
(931) 388-4022
thardin@hardinandparkes.com
pcarter@hardinandparkes.com

        */s/ Stephen W. Gibson*
        Stephen W. Gibson